UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re Ex Parte Application of | § | |
| Joongyoung Kim, | § | |
| | § | Civil Action No. 3:24-MC-0031-X-BN |
| *Applicant.* | § | |
| | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (Doc. 5). No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Petitioner's Ex Parte Application for Judicial Assistance is **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED** this 15th day of August, 2024.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1